I.  Complaint brought pursuant to 42 U.S.C. § 1983 or pursuant to the Bivens case

**Rickea D Thomas**
Full name

**295625**
Prisoner or registration number

**811 W 50 N**
Street address or postal box number

**Rockville IN 47872**
City, State and zip code

FILED
10/09/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 2:24-cv-00491-MPB-MKK

_____Rickea D Thomas_____ Plaintiff

Vs.

Indiana department of Corrections, Centrium, Pam Furgeson, Winterberg, Nikki Tafoya or Fofayo, Melody Nelson, Dr. Esteves, Bethany Molt, Dr. Bedford, Dr. Deanna Dwenger, Jennifer Farmer, Christina Reagle, Idoc personel _____ Defendant

# CIVIL RIGHTS COMPLAINT

## A. PARTIES

1. I, Rickea Thomas, DOC# 295625, am a citizen of Indiana and presently reside at, Rockville Correctional Facility, Indiana Department of Corrections, ~~R.R. 3 Box 281, Rockville, Indiana 47872.~~ 811 W 50 N Rockville, IN 47872

2. Defendant Please see below is a citizen of the state of Indiana whose mailing address 811 W 50 N Rockville, IN 47872 and who is employed as Indiana Department of Corrections personel

3. Defendant Please see below is a citizen of the state of _____ whose address is _____ and who is employed as _____.

Defendants:

1.) Indiana department of corrections
2.) Centuriom (Health care vendor)
3.) Warden (RCF) Pam Furgeson
4.) Winterberg (HSA)
5.) Nikki Tafoya or Tofayo
6.) Melody Nelson
7.) Dr. Esteves
8.) Dr. Molt, Bethany
9.) Dr. Bedford
10.) Dr. Dwenger, Deanna
11.) Jennifer Farmer
12.) Christina Deoale

## B. JURISDICTION

1. This cause of action is brought pursuant to (check one)

    ✓ 42 U.S.C. § 1983 (applies to state prisoners)

    ____ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (applies to federal prisoners)

2. ____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343 (a) (3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

    ✓ I am also wishing to file under 28 U.S.C § 1331

## C. NATURE OF THE CASE

(Briefly state the background of your case).

Plaintiff Rickea Thomas is an inmate at Rockville Correctional facility, in Rockville indiana, whom suffers from gender dysphoria Prior to Thomas's incarceration He began Hormone therapy in 2018 injecting testostrone weekly. Thomas was scheduled to have reassignment surgery 2021 only months after his admission date. Thomas has made sure the defendants were aware of all this information. Upon arriving to RCF IDOC, Centrium, Furgeson, Winterberg, TaFoya (or) Tofayo, Nelson, Estares, Molt, Bedford, Dwenger, Farmer lowered his dosage in half by taking him from recieving weekly shots to only Bi-weekly. Medical records the defendants recieved at intake process from Porter County Jail made them aware of this on 11-9-23. Thomas has made numerous

request/complaints and to the defendants regarding his levels not being at the desired levels. Which has caused Thomas not only physical deffects (such as facial hair growth slowed down, breast tissue growth, skin change, shrinkage of sex parts) but mental anguish as well (giving/having him thoughts of self harm) Thomas has asked through the medical request forms as well as verbally what he can do or how he can get setup to be sent out for surgery. The only response he recieved to this date is IDOC is unable to facilitate gender affirming surgery due to a law past last year. however this law just states that No monies of the state shall be used to pay for ones surgery. Plaintiff made defendants aware he was planning to use personal insurance and funding. Plaintiff has been asking about a chest binder to help conceal his breast. the defendants gave him some type of bulky back brace not meant for chest that just made his chest appear larger when he made defendants aware of this issue he was told they would look into it this was back on may 13th 2024. When plaintiff asked

Winterberg on 9-20-24 about a binder she responded that they were working on it that it takes 6-8 weeks to recieve. Also I was sent to segregation on 6-13-24 in this housing unit i was refused my Halal hygiene items as well as my kufi & rug when i arrived to this restrictive housing i informed staff that i need these items, that it is a part of my religion staff kept giving me the run around until i filed a grievance then staff gave me my kufi but told me i had to take small steps to recieve my other religious items. i was informed by grievance specialist that the holdup was do to my old religious preference in the system showing me as Jewish. I informed her & the chaplain that i was converted months ago to which the chaplain update my religion to muslim in the system but i am still being denied non-threatening items use to practice my beliefs

## D. CAUSE OF ACTION

Claim I: That the defendants deliberately chose to deny treatment of my medical condition resulting in injury and unnecessary infliction of pain. therefore violating my constitutional rights and Federal laws

Supporting Facts: Grievances, medical requests, Patient intake information, 8th Amendment, 14th Amendment

Claim II: That the defendants chose to refuse allowing me to practices my religous beliefs forcing me to go without religious items they were aware I needed for my religion

Supporting Facts:
Grievances, request forms,

# E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____ Yes _X_ No. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet, which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF."

a. Parties to previous lawsuit:\

Plaintiff(s): _____

Defendant(s): _____

b. Name and location of court and docket number

_____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. _X_ Yes ____ No. If your answer is "Yes", briefly describe how relief was sought and the result. Through the offender grievance system, Request for health care, as well as the offender Request for information forms along with verbally

3. I have exhausted available administrative remedies. _X_ Yes ____ No. If your answer is "Yes", briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No", briefly explain why administrative remedies were not exhausted.

I have written several grievances, Appealed them just to be denied

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:   N/A

Plaintiff(s): _____

Defendant(s): _____

b. Name and location of court and docket number _____

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

## G. REQUEST FOR RELIEF

I request the following relief: To have my regular dosage reinstated to be allowed to consult with a surgeon to continue my transition and be sent out to complete this process. And that my condition is handle more seriously if im requesting help please assist. Also for damages and the filing fee and that Me or other Inmates are not denied religous practice

RT Ramun
Prisoner's Original Signature

_____
Original signature of attorney (if any)

JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
  OR

☒ Court Trial – I want a judge to hear my case

Dated this __1st__ day of __October__ 20__24__.

Respectfully Submitted,

_____
Signature of Plaintiff

__295625__
Plaintiff's Prisoner ID Number

Rockville Correctional Facility
811 W 50 N

Rockville IN 47872
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

Executed at __811 W SoN Rockville, IN__ on __10-1-24__.
            (location)                    (date)

_____
Prisoner's Original Signature