UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RICKEA D. THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-00491-MPB-MKK |
| CHRISTINA REAGLE, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is **dismissed without prejudice**.

Dated: March 4, 2025

*Matthew P. Brookman, Judge*
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

RICKEA D. THOMAS
295625
ROCKVILLE - CF
ROCKVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
811 West 50 North
Rockville, IN 47872

All Electronically Registered Counsel